FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY ELIZABETH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENTON COUNTY COMMUNITY DEVELOPMENT; BENTON COUNTY EMERGENCY SERVICES,<br><br>　　　　Defendants. | No. 4:24-CV-05001-SAB<br><br>**ORDER DISMISSING ACTION** |

　　Before the Court is Plaintiff's Voluntary Motion to Dismiss Action, ECF No. 6. Plaintiff filed her Complaint on January 3, 2024, requesting an emergency injunction. Plaintiff is representing herself in this matter. No answer has been filed. Plaintiff now moves to dismiss her action.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Voluntary Motion to Dismiss Action, ECF No. 6, is **GRANTED**.

2. The above-captioned is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to Plaintiff, and **close** this file.

**DATED** this 18th day of January 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**